UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED SATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM TRAHANT, JR. )<br>CONSTRUCTION, INC. )<br>    Defendant. )<br>) | Civil Action No: _____ |

## COMPLAINT

### JURISDICTION

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

### PARTIES

2. Plaintiff is the United States of America, acting through the U.S. Department of the Treasury's Bureau of the Fiscal Service (hereinafter "Treasury"). The debt was referred to Treasury in accordance with the Debt Collection Improvement Act of 1996 ("DCIA")(31 U.S.C. §3701 *et seq.*).

3. Defendant, William Trahant, Jr. Construction, Inc. is a Massachusetts corporation having a principal place of business at 215 Verona Street, Lynn, MA 01904.

### COUNT I

4. On or about May 14, 2018, the U.S. Department of Labor- Occupational Safety and Health Administration issued a Citation and Notification of Penalty (the "Citation") to the Defendant which detailed numerous and repeated violations of 29 CFR 1926 *et seq*. The Citation proposed penalties of $133,330.00.

5. On June 15, 2020, the U.S. Department of Labor Occupational Safety and Health Administration advised the Defendant that an interest fee (2% or $5,333.20) and a delinquent fee (5% or $15,332.95) had been assessed and the balance due as of that date was $154,016.15.

6. As of February 1, 2021, the Defendant is indebted to the United States in the amount of $218,672.54 calculated as follows:

| | |
|---|---|
| Principal: | $133,330.00 |
| Interest through February 1, 2021 | $7,001.96 |
| Penalties though February 1, 2021 | $20,339.22 |
| Admin fees: | $20.00 |
| Treasury & DOJ Fees: | $57,981.36 |
| Total: | $218,672.54 |

As set forth in the Certificate of Indebtedness attached hereto as **Exhibit A** and incorporated herein by this reference.

7. The Defendant has failed to pay the aforesaid sums although demand has been duly made.

WHEREFORE the United States demands judgment against the Defendant for $218,672.54, plus interest from February 1, 2021, and for such other and further relief as this Court deems fair and reasonable.

The United States of America
By its attorneys[1]:

/s/ *John O. Postl*
John O. Postl, BBO# 567729
Schuerger Law Group
Private Counsel, United States Department of Justice
1001 Kingsmill Parkway
Columbus, Ohio 43229
jpostl@schuergerlaw.com
Phone No. 614-824-5731
Direct Dial 617-315-4921

Dated: October 18, 2021

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.

**EXHIBIT A**



DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

William Trahant, Jr., Construction, Inc.
215 Verona Street
Lynn, MA 01904

Total debt due United States as of February 1, 2021:
Principal: $133,330.00
Interest (@1.0%): $ 7,001.96
Penalty (@6.0%): $ 20.339.22
Admin.: $ 20.00
Treasury & DOJ fees: $ 57,981.36
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527 Note)
TOTAL: $218,672.54

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with the debtor's July 2018 failure to repay a $130,330.00 civil penalty, stemming from six violations of the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et seq. and OSHA regulations at 29 C.F.R. 1926, which were noted during a November 19, 2017 OSHA inspection of debtor's 31 Market Street, Ipswich, Massachusetts work-site.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U. S. Department of Labor, Occupational Safety and Health Administration.

Date: 2/1/2021

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service